**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Major Drilling America, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **FOR DISMISSAL** |
| vs. | ) | |
| | ) | |
| Redemption Energy, LLC, | ) | |
| | ) | Case No. 4:13-cv-048 |
| Defendant. | ) | |

Before the court is a "Stipulation for Dismissal Without Prejudice and Without Costs" filed November 21, 2013. The court **ADOPTS** the stipulation (Docket No. 35) and **ORDERS** the above-captioned case dismissed without prejudice and without costs.

Dated this 22nd day of November, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge